# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ORDER AMENDING RULES 1901.3, | : | NO: 682 |
| 1901.6, 1905, 1910.4, 1910.7, 1910.11, | : | |
| 1910.27, 1915.3, 1915.4-4, 1915.7, | : | CIVIL PROCEDURAL RULES |
| 1915.15, 1915.17, 1920.13, 1920.15, | : | |
| 1920.31, 1920.33, 1920.75, 1930.1, | : | DOCKET |
| 1930.6, 1953, and 1959 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of June, 2018, upon the recommendation of the Domestic Relations Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1901.3, 1901.6, 1905, 1910.4, 1910.7, 1910.11, 1910.27, 1915.3, 1915.4-4, 1915.7, 1915.15, 1915.17, 1920.13, 1920.15, 1920.31, 1920.33, 1920.75, 1930.1, 1930.6, 1953, and 1959 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.